UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
Eastern Division

| | |
|---|---|
| Maurice Hayden, individually and on behalf of all others similarly situated,<br>Plaintiff,<br><br>v.<br><br>Reliant Capital Solutions, LLC,<br>and John Does 1-25.<br>Defendant. | : Case No. 4:19-cv-2889<br>:<br>: CIVIL ACTION<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: December 27, 2019

Respectfully Submitted,

_/s/Yaakov Saks_
Yaakov Saks Esq.
**Stein Saks, PLLC**
285 Passaic Street
Hackensack, NJ 07601
ysaks@steinsakslegal.com
Tel. 201-282-6500

SO ORDERED this 30th day of December, 2019

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE